IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | CIVIL ACTION NO. |
| Plaintiff, | COMPLAINT |
| v. | JURY TRIAL DEMAND |
| TOMMY BAHAMA GROUP and OXFORD INDUSTRIES, INC., | |
| Defendants. | |

## NATURE OF THE ACTION

This is an action under Title I of the Americans with Disabilities Act of 1990 to correct unlawful employment practices on the basis of disability and to provide appropriate relief to Todd Hiley, who was adversely affected by such practices. The Equal Employment Opportunity Commission alleges that Tommy Bahama Group and Oxford Industries, Inc. ("Defendants"), discriminated against Mr. Hiley, a qualified individual with a disability, when it terminated him because of his disability.

## JURISDICTION AND VENUE

1.      Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 107(a) of the

COMPLAINT- Page 1 of 5

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. § 12117(a), which incorporates by reference Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-5(f)(1) and (3) ("Title VII"), and pursuant to Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2.    The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Western District of Washington at Seattle.

PARTIES

3.    Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title I of the ADA and is expressly authorized to bring this action by Section 107(a) of the ADA, 42 U.S.C. § 12117(a), which incorporates by reference Sections 706(f) (1) and (3) of Title VII, 42 U.S.C. 2000e-5(f) (1).

4.    At all relevant times, Defendants have continuously been doing business in the State of Washington and have continuously had at least 15 employees.

5.    At all relevant times, Defendants have continuously been employers engaged in an industry affecting commerce under Section 101(5) of the ADA, 42 U.S.C. § 12111(5), and Section 101(7) of the ADA, 42 U.S.C. § 12111(7), which incorporates by reference Sections 701(g) and (h) of Title VII, 42 U.S.C. §§ 2000e (g) and (h).

6.    At all relevant times, Defendants have been a covered entity under Section 101(2) of the ADA, 42 U.S.C. § 12111 (2).

STATEMENT OF CLAIMS

7.    More than thirty days prior to the institution of this lawsuit, Todd Hiley filed a charge with the Commission alleging violations of Title I of the ADA by Defendants.  All conditions precedent to the institution of this lawsuit have been fulfilled.

8.    Defendants have engaged in unlawful employment practices, in violation of Sections 102(a) of Title I of the ADA, 42 U.S.C. § 12112(a).  The Defendants discriminated

COMPLAINT- Page 2 of 5

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

against Todd Hiley, a qualified individual with a disability, when theyt terminated him from their Seattle, Washington facility on March 8, 2005 because of his disability in violation of Sections 102(a) of the ADA.

9.     The effect of the practices complained of in paragraph 8 above has been to deprive Mr. Hiley of equal employment opportunities and otherwise adversely affect his status as an employee, because of his disability.

10.     The unlawful employment practices complained of in paragraph 8 above were intentional.

11.     The unlawful employment practices complained of in paragraph 8 above were done with malice or with reckless indifference to Mr. Hiley's federally protected rights

<u>PRAYER FOR RELIEF</u>

Wherefore, the Commission respectfully requests that this Court:

A.     Grant a permanent injunction enjoining Defendants, their officers, agents, successors, assigns, and all persons in active concert or participation with them, from unlawfully failing to provide equal employment opportunities to employees with disabilities and to accommodate employees' disabilities, and any other employment practice which discriminates on the basis of disability.

B.     Order Defendants to institute and carry out policies, practices, and programs which provide equal employment opportunities for qualified individuals with disabilities, and which eradicate the effects of its past and present unlawful employment practices.

C.     Order Defendants to make whole Todd Hiley by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices.

D.     Order Defendants to make whole Todd Hiley by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in

**COMPLAINT-** Page 3 of 5

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

paragraph 8 above, including past and future out-of-pocket losses, in amounts to be determined at trial.

     E.     Order Defendants to make whole Todd Hiley by providing compensation for past and future non-pecuniary losses resulting from the unlawful practices complained of in paragraph 8 above, including emotional pain, suffering, inconvenience, loss of enjoyment of life, and humiliation, in amounts to be determined at trial.

     F.     Order Defendants to pay Todd Hiley punitive damages for its malicious and reckless conduct, as described in paragraph 8 above in amounts to be determined at trial.

     G.     Grant such further relief as the Court deems necessary and proper in the public interest.

     H.     Award the Commission its costs of this action.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**COMPLAINT-** Page 4 of 5

**EQUAL EMPLOYMENT**
**OPPORTUNITYCOMMISSION**
**Seattle Field Office**
**909 First Avenue, Suite 400**
**Seattle, Washington  98104-1061**
**Telephone:  (206) 220-6883**
**Facsimile:  (206) 220-6911**
**TDD:  (206) 220-6882**

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its

complaint.

DATED this 28th day of September, 2006.

WILLIAM R. TAMAYO                    RONALD S. COOPER
Regional Attorney                    General Counsel

KATHRYN OLSON                        JAMES L. LEE
Supervisory Trial Attorney           Deputy General Counsel

CARMEN FLORES
Senior Trial Attorney

DAMIEN LEE
Senior Trial Attorney


BY: /s/William R. Tamapo
 EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Seattle Field Office                 Office of the General Counsel
909 First Ave. Ste. 400              1801 "L" Street NW
Seattle, Washington 98104-1-61       Washington, D.C. 20507
Telephone (206) 220-6920
Facsimile (206) 220-6911

Attorneys for Plaintiff

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882